Form sumprtrl (01/10)

**UNITED STATES BANKRUPTCY COURT**
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

**In Re:**
Michael Keith Lavine and Andrea Ziv Lavine
Debtor(s)

Case No.: 13−14692
Chapter: 7

Adversary No.: 14−00856
Judge: James F. Schneider

Plaintiff(s)
Michael Keith Lavine

VS.

Defendant(s)
William Cheng

---

**SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE**

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

Aryeh E. Stein
Meridian Law, LLC
600 Reisterstown Road
Suite 700
Baltimore, MD 21208

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

1/12/15 at 10:00 AM

101 W. Lombard Street, Courtroom 9−C, Baltimore, MD 21201

Dated: 12/4/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Chris Adams
410−962−4215

Dec 04, 2014
s/ Mark A. Neal
Clerk of the
Bankruptcy Court